IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRANAGER QUINTELL DAVIS**                                              **PLAINTIFF**

V.                 **CASE NO.: 4:07CV01225 JLH/BD**

**S. WILKERSON**                                                              **DEFENDANT**

### ORDER

Based upon the Recommended Disposition issued today granting summary judgment in favor of Defendant Wilkerson (docket entry #20). The evidentiary hearing scheduled for December 3, 2008 is hereby CANCELLED.

IT IS SO ORDERED this 25th day of November, 2008.

_____
UNITED STATES MAGISTRATE JUDGE