# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BRANAGER QUINTELL DAVIS**            **PLAINTIFF**

**V.**            **CASE NO. 4:07CV01225 JLH/BD**

**S. WILKERSON**            **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Defendant Wilkerson's Motion for Summary Judgment (docket entry #11) is GRANTED. Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 15th day of December, 2008.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE