## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**BRANAGER QUINTELL DAVIS**                                        **PLAINTIFF**

**V.**                          **CASE NO. 4:07CV01225 JLH/BD**

**S. WILKERSON**                                                **DEFENDANT**

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 15th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE